UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-14022-AMC

UNITED STATES OF AMERICA

v.

PAMALA ANN SEYMOUR,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Pamala Ann Seymour ("Defendant" or "SEYMOUR") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning in or around at least December 2016 and continuing through in or around at least June 2017, in St. Lucie County, in the Southern District of Florida, and elsewhere, SEYMOUR knowingly and willfully combined, conspired, confederated, and agreed with others, to commit health care fraud, in violation of Title 18, United States Code, Section 1347, in violation of Title 18, United States Code, Section 1349. Specifically, SEYMOUR conspired with others, to submit false and fraudulent claims to a health care benefit program.

The Medicare program was a federally funded program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare was a "health care benefit program," as defined by Title 18, United States Code, Section 24(b). Medicare programs covering different types of benefits were separated into different program "parts." Medicare "Part B" covered, among other things, certain durable medical equipment

("DME") orthotic devices, such as knee, back, shoulder, and wrist braces (collectively, "braces"), that were medically necessary. Medicare prohibited the submission of claims procured through the payment of illegal kickbacks and bribes.

SEYMOUR and her co-conspirators owned and operated South Florida DME companies that they used to execute the fraudulent scheme. Orthotics Now, Inc. ("ONI") was a Florida corporation purportedly doing business in Fort Pierce, Florida. Need A Brace LLC ("Need A Brace") was a Florida limited liability company purportedly doing business in Fort Pierce, Florida.

SEYMOUR was an owner and/or operator of various companies, including ONI and Need A Brace. During the relevant period, ONI and Need A Brace were enrolled as providers with Medicare. SEYMOUR, and Co-Conspirator 1, and others, violated their certification to Medicare that they, as well as ONI and Need A Brace, would comply with all federal regulations and laws, including that they would not knowingly present or cause to be presented a false and fraudulent claim for payment by Medicare and that they would refrain from violating the federal Anti-Kickback Statute.

As part of the unlawful scheme, SEYMOUR and her co-conspirators used marketers who were working with call centers that advertised to Medicare beneficiaries, and persuaded them to accept one or more "free or low-cost" DME braces, regardless of medical necessity. SEYMOUR and her co-conspirators violated the Anti-Kickback Statute by paying remuneration (i.e., money) to these marketers and call centers for the referral of completed prescriptions of one or more DME braces directed to Medicare beneficiaries. This unlawful remuneration was typically calculated on a per-brace basis, and paid out by check or wire transfer. The conspirators also took steps to disguise the nature and source of these unlawful payments to marketers, such as entering into sham "marketing" contracts.

In many instances, and as SEYMOUR knew or remained deliberately ignorant of, the large amounts of DME ordered for these Medicare beneficiaries were medically unnecessary. The physicians who signed the doctors' orders for DME purchased by SEYMOUR and her co-conspirators often signed them regardless of medical necessity, without a physical examination, in the absence of a pre-existing doctor-patient relationship, and/or based solely on a short telephone conversation, if any, with the Medicare beneficiary.

Once SEYMOUR and her co-conspirators received the completed doctors' orders, her co-conspirators used them to submit false and fraudulent claims to Medicare. During the relevant period, SEYMOUR and her co-conspirators, through ONI, knowingly and willfully submitted and caused the submission of approximately $2,730,507 (but in any case less than $3,500,000) in false and fraudulent claims to Medicare, via interstate wire, for DME braces that were procured through the payment of illegal remuneration, medically unnecessary, ineligible for Medicare reimbursement, and/or not provided as represented. Medicare subsequently paid approximately $1,312,857 (but in any case less than $1,500,000) as a result. SEYMOUR and her co-conspirators then diverted the fraudulently obtained proceeds for their personal use and benefit, and to further the fraud.

Throughout the scheme, SEYMOUR and her co-conspirators engaged in activities that prevented early detection by law enforcement and regulatory agencies. For example, SEYMOUR and her co-conspirators conducted "same and similar" checks prior to submitting the fraudulent claims, in order to ensure that they would not be rejected due to prior billing for the same braces, and SEYMOUR and her co-conspirators sold ONI and Need A Brace to Co-Conspirator 3 and his affiliates.

The above-detailed facts are corroborated by, among other things, Medicare enrollment documents, Medicare claims and billing data, bank records, business records, e-mails and other

electronic files, as well as information obtained through cooperating co-conspirators and other witnesses.

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Section 1349, that is, Conspiracy to Commit Health Care Fraud, as charged in the Indictment.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 2/15/24   By: _____
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

Date: 2/15/2024   By: _____
SIMON GAUGUSH
ATTORNEY FOR DEFENDANT

Date: 2/15/2024   By: _____
PAMALA ANN SEYMOUR
DEFENDANT

4